No. ——, Original. *Ex parte:* IN THE MATTER OF J. E. BROUSSARD ET AL., PETITIONERS. Submitted January 26, 1920. Decided February 2, 1920. Motion for leave to file petition for writ of mandamus herein denied. *Mr. Frederick S. Tyler* and *Mr. A. D. Lipscomb*, for petitioners, in support of the motion. *Mr. Horace Chilton* in opposition to the motion.

---

No. ——, Original. *Ex parte:* IN THE MATTER OF THE UNITED STATES, PETITIONER. Submitted October 6, 1919. Decided March 1, 1920. Motion for leave to file petition for writs of mandamus and prohibition denied. *The Solicitor General* for the United States.

---

No. 163. ATLANTIC COAST LINE RAILROAD COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. Argued January 22, 1920. Decided March 1, 1920. *Per Curiam.* Affirmed upon the authority of *Atchison, Topeka & Santa Fe Ry. Co.* v. *United States*, 225 U. S. 640. *Mr. F. Carter Pope* and *Mr. Benjamin Carter* for appellant. *Mr. Assistant Attorney General Davis*, with whom *Mr. J. Robert Anderson*, Special Assistant to the Attorney General, was on the brief, for the United States. *Mr. F. Carter Pope*, by leave of court, filed a brief as *amicus curiæ.*